Samir Deger-Sen
Direct Dial: +1.212.906.4619
samir.deger-sen@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

# LATHAM & WATKINS LLP

February 26, 2024

**VIA CM/ECF**

Mark J. Langer
Clerk of the Court
United States Court of Appeals for the
District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   *Cory Smith v. Commissioner of Internal Revenue*, No. 23-1050
      **Notice of Unavailability for Oral Argument**

Dear Mr. Langer:

On November 27, 2023, I was appointed by this Court as *Amicus Curiae* counsel in support of neither party in the above-captioned appeal. I write to apprise the Court of my availability for oral argument. I am currently aware of the following scheduling conflicts:

- From April 29, 2024, to May 17, 2024, I will be unavailable to participate in an oral argument.

I will update the Court should my availability for oral argument change.

Respectfully submitted,

*/s/ Samir Deger-Sen*
Samir Deger-Sen
of LATHAM & WATKINS LLP

Cc: All Counsel of Record (via CM/ECF)